**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| Gwendolyn & Leon Parker | : | |
| DEBTOR | : | BKY. NO.  17-15382ELF13 |
| Gwendolyn & Leon Parker | : | |
| Plaintiff | | |
| vs. | : | ADV. NO. |
| Greentree Servicing,LLC | : | |
| Defendant | | |

## COMPLAINT TO DETERMINE SECURED STATUS

1. Debtors own their residence known as 60 Houston Road, Lansdowne, PA with a fair market value of $73,787. **Exhibit A.**

2. Debtor has a first mortgage with Rushmore with a balance of approximately $143,000.

3. The second mortgage debt in favor of Defendant is wholly unsecured pursuant to 11 USC 506 and In Re: McDonald

    WHEREFORE, Debtors' pray that this Honorable court enter an order finding the mortgage debt to Defendant as wholly unsecured.

    Respectfully submitted,

Date: **August 8, 2017**    BY: /s/ Michael A. Cataldo
MICHAEL A. CATALDO, ESQUIRE
Cibik & Cataldo, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA  19102
215-735-1060/fax 215-735-6769