7/27/2017                                                                    What's your home worth?

**Bank of America**
(https://www.bankofamerica.com/)

Mortgage

Sign In
(https://www.bankofamerica.com/hub/index.action?
template=signin)

Menu ⌄

# What's your home worth?

See your estimated home values

| 60 Houston Road   19050 | 🔍 |

## Address: 60 Houston Rd, Lansdowne, PA 19050

## Estimate Range

# $64,722 - $86,167



## Home Facts

| | |
|---|---|
| Bedrooms | 3 |
| Baths | 1 |
| Living Area | 1,142 |

7/27/2017    What's your home worth?

| | |
|---|---|
| Lot Size | 1,525 |
| Type | Single Family |
| Garage | |
| Parcel | 16020121200 |
| County | DELAWARE |
| Year Built | 1926 |
| Total Rooms | |
| Heating | |
| Cooling | |
| Number of Stories | 2 |
| Legal Description | 2 STY HSE GAR 16 X 83 |

## Sales History

| Sales Date | Sales Price |
|---|---|
| 12/6/2006 | $99,000 |
| 5/24/2001 | $11,500 |

## Value History

| Quarter | Value |
|---|---|
| 2017 1st Qtr | $72,205 |
| 2016 4th Qtr | $79,093 |
| 2016 3rd Qtr | $83,214 |
| 2016 2nd Qtr | $89,883 |
| 2016 1st Qtr | $96,044 |
| 2015 4th Qtr | $87,895 |
| 2015 3rd Qtr | $76,872 |
| 2015 2nd Qtr | $69,370 |

## Comparable Homes

These are the homes with characteristics similar to the home you are looking at that have been sold recently. They are important for understanding home market trends.



https://realestatecenter.bankofamerica.com/tools/marketvalue4.aspx

What's your home worth?

7/27/2017



(http://www.bing.com)

100 miles    100 km

© 2017 HERE  © 2017
Microsoft Corporation

Estimate: **$73,787**

Avg. Sales Price: **$74,130**

**This Home**

**Comparables**

**152 E ESSEX AVE**
Sold for: **$77,000** on 1/31/2017
3br  1ba  Living Area: **1,188 sq.ft.**

**165 BLACKBURN AVE**
Sold for: **$87,000** on 4/25/2017
3br  1ba  Living Area: **1,248 sq.ft.**

**255 COVERLY RD**
Sold for: **$60,000** on 3/15/2017
3br  1ba  Living Area: **1,176 sq.ft.**

**145 SPRINGTON RD**
Sold for: **$69,000** on 5/17/2017
3br  1ba  Living Area: **1,270 sq.ft.**

**174 SHERBROOK BLVD**
Sold for: **$90,000** on 5/10/2017
3br  2ba  Living Area: **1,188 sq.ft.**

**7254 PINE ST**
Sold for: **$68,299** on 2/2/2017
3br  2ba  Living Area: **1,170 sq.ft.**

**342 MARGATE RD**
Sold for: **$71,000** on 5/18/2017
3br  1ba  Living Area: **1,132 sq.ft.**

**214 KINGSTON RD**
Sold for: **$89,000** on 5/25/2017
3br  2ba  Living Area: **1,271 sq.ft.**

**206 HAMPDEN RD**
Sold for: **$65,000** on 4/24/2017
3br  1ba  Living Area: **1,224 sq.ft.**

**244 LONG LN**
Sold for: **$65,000** on 6/20/2017
2br  2ba  Living Area: **1,242 sq.ft.**

Lansdowne, PA 19050

3/6

https://realestatecenter.bankofamerica.com/tools/marketvalue4.aspx