B250a
(1/88)

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

In re:

Gwendolyn A. Parker
Leon L. Parker
*Debtors*

Bankruptcy No. **17-15382 elf**

Gwendolyn Parker
Leon Parker
*Plaintiffs*
v.

Adversary No. **17-214 elf**

GreenTree Servicing LLC
*Defendant*

### ALIAS SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to submit a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days.  Answer is due 10/12/2017.

Address of Clerk

U.S. Bankruptcy Court
Robert N.C. Nix Building
900 Market Street, Suite 400
Philadelphia  PA   19107-4299

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

Name/Address of Plaintiff's Attorney

Michael A. Cataldo
1500 Walnut Street. Suite 900
Philadelphia, PA 19102

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

FOR THE COURT

TIMOTHY B. MCGRATH
CLERK OF COURT

September 12, 2017

By: John Barbetta
Deputy Clerk