Bankruptcy No. 17-15382-elf    Adversary No. 17-214 elf

## CERTIFICATE OF SERVICE

I, Michael Cataldo certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made 9/13/17 (date) by:

( ) Mail service: Regular, first class United States mail, postage pre-paid, addressed to:
William C. Miller, Esquire, chapter 13 Trustee, PO Box 1229, Philadelphia, PA 19105
Keith Anderson, President of Ditech Financial, LLC, 1100 Virginia Drive, Suite 100A
Fort Washington, PA 19034

( ) Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

( ) Residence Service: By leaving the process with the following adult at:

( ) Publication: The defendant was served as follows:[Describe briefly]

(✓) State Law: The Defendant was served pursuant to the laws of the State of PA (name of state) as follows: [Describe briefly]

Under penalty of perjury, I declare that the foregoing is true and correct.

9-13-17
Date

Signature

Print Name: Michael A. Cataldo
Business Address: 1500 Walnut St. Suite 900
City, State, Zip: Philadelphia, PA 19102