**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE                                    :Chapter 13

Gwendolyn A. Parker                      :BankruptcyNo.17-15382
Leon L. Parker

    (DEBTOR)                          :Adv. # 17-00214

      v.
GreenTree Servicing, LLC


<u>REQUEST CONSENT OF CLERK OF BANKRUPTCY COURT FOR ENTRY
OF DEFAULT</u>


TO THE CLERK OF THE BANKRUPTCY COURT:

      Kindly consent to the entry of a default in the above Adversary matter.


Date: September 19, 2017                 BY: <u>/s/ Michael A. Cataldo</u>
                                         MICHAEL A. CATALDO, ESQUIRE
                                         Cibik & Cataldo, P.C.
                                         1500 Walnut Street, Suite 900
                                         Philadelphia, PA  19102
                                         215-735-1060/fax 215-735-6769