**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE<br>**Gwendolyn A. Parker**<br>**Leon L. Parker**<br>   (DEBTOR)<br><br>     v.<br>**GreenTree Servicing,LLC** | :Chapter13<br><br>:Bankruptcy#17-15382<br><br>:Adv.# 17-214 |

PRAECIPE

TO THE CLERK OF THE U.S. BANKRUPTCY COURT:

   Kindly withdraw the Request Entry for Default in the above Adversary case filed on September 19, 2017. Document number 6

DATED:September 19, 2017         _____/s/_____
                                  Michael A.Cataldo, Esquire
                                  Cibik and Cataldo, P.C.
                                  1500 Walnut Street, Suite 900
                                  Philadelphia, PA 19102
                                  (215) 735-1060